**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Manuel GONZALEZ–CASTILLO,**
**Defendant–Appellant.**

No. 05–41206
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Edward L. Ciccone, Corpus Christi, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Manuel Gonzalez–Castillo raises arguments that are foreclosed by *Dixon v. United States*, — U.S. —, — – —, 126 S.Ct. 2437, 2442–48, 165 L.Ed.2d 299 (2006), which held that the district court's jury instruction placing the burden on the defendant to establish the defense of duress by preponderance of the evidence did not violate the Due Process Clause. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.